ANDREA T. MARTINEZ, United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
MAR 23 '22 PM03:21

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ELVIS ALEJANDRO DEBORA-MARQUEZ, Defendant. | **INDICTMENT**<br><br>VIOLATION:<br>Count I: 18 U.S.C. § 922(g)(9), Possession of a Firearm and Ammunition by a Domestic Violence Misdemeanant.<br><br>Case: 2:22-cr-00104<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 3/23/2022 |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(9)
(Possession of a Firearm and Ammunition by a Domestic Violence Misdemeanant)

On or about March 6, 2022, in the District of Utah,

ELVIS ALEJANDRO DEBORA-MARQUEZ,

defendant herein, knowing he had previously been convicted of a misdemeanor crime of domestic violence as defined in 18 U.S.C. § 921(a)(33), did knowingly possess a firearm and ammunition, to wit: a Hi-Point CF .380 caliber semi-automatic pistol and associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(9).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- Hi-Point CF .380 caliber semi-automatic pistol, s/n P728499
- Associated .380 caliber ammunition

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney